■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES EDWARD BROWN, Appellant.— Judgment of the County Court, Westchester County, rendered June 29, 1973, and order of said court, dated June 27, 1973, affirmed. No opinion. The case is remitted to the County Court, Westchester County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Latham, Shapiro, Benjamin and Munder, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL A. DUNCAN, appellant.— Judgment of the County Court, Nassau County, rendered May 3, 1973, affirmed (*Kirby* v. *Illinois*, 406 U. S. 682; *People* v. *Parish*, 70 Misc 2d 577, affd. 41 A D 2d 1028). Hopkins, Acting P. J., Shapiro, Christ, Brennan and Munder, JJ., concur.